IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Devell Johnson, et al            :

                                 :
                                 :
v.                               :       Civil No. RDB-09-2391
                                 :
                                 :
Midland Funding, LLC

### ORDER

On April 28, 2010, the Court heard oral argument on pending motions. The Court writes to confirm the rulings it issued during the motions hearing;

**Motions Ruled on During Hearing**

For the reasons stated on the record during the April 28, 2010 motions hearings, the Court:

(1) **DECLARED MOOT** Defendant's Motion to Dismiss or in the alternative, Motion for Summary Judgment (Dock No. 4);

(2) **WITHDRAWN** Plaintiff's Motion for Summary Judgment as a Liability and Opposition to Defendant's Motion to Dismiss of Alternatively for Summary Judgment (Docket No. 9)

(3) **HELD SUB CURIA** Defendant's Motion for Summary Judgment (Docket No. 15)

It is so ORDERED this ___28TH___ day of April, 2010.

*Richard D. Bennett*
United States District Judge

1