## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

January 24, 2011

MEMORANDUM TO COUNSEL:

Re:     *Devell Johnson, et al. v. Midland Funding*
        Civil No.  ELH-09-2391

Dear Counsel:

As you know, the above referenced case has been reassigned to me.  Because of a scheduling conflict, I am unable to preside at the Final Fairness Hearing, scheduled for March 10, 2011, at 9:30 a.m.  To avoid any inconvenience to counsel and the parties, however, Judge Bennett will preside at the hearing, as originally scheduled.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge

cc:  The Hon. Richard D. Bennett