## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DEVELL JOHNSON,** *ET AL.*<br>    Plaintiffs<br>*v.*<br>**MIDLAND FUNDING, LLC**<br>    Defendant | Case Number:<br><br>**1:09-cv-02391-ELH** |

### NOTICE OF WITHDRAWAL

Michael Gregg Morin, pursuant to Rule 2-132(a), notifies the Court and all parties that he withdraws as an attorney for the Plaintiffs.

>    */s/ Michael Gregg Morin*
>    Michael Gregg Morin
>    (Federal Bar No. 15399)
>    P.O. Box 778
>    Severn, MD  21144-0778
>    410.551.4340

### CERTIFICATE OF SERVICE

I hereby certify that on 28 February 2011 a true and correct copy of the foregoing was served on all attorneys of record or *pro se* parties through the Court's electronic case filing system.

>    */s/ Michael Gregg Morin*
>    Michael Gregg Morin
>    (Federal Bar No. 15399)